# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MANUEL G. ROMERO VALENZUELA, | Case No. 2:17-cv-02518-RFB-GWF |
| Plaintiff, | ORDER |
| v. | |
| NEVADA FEDERAL COURT, | |
| Defendant. | |

Plaintiff filed a Motion in Support for Application for Cancellation of Removal for Certain Permanent Residents on September 27, 2017. ECF No. 1-1. However, Plaintiff did not file a complaint or an application to proceed in forma pauperis. ECF No. 1. Plaintiff also did not pay the filing fee to initiate a civil action. Id. And Plaintiff has taken no further action to prosecute this matter. See docket generally.

A civil action cannot be commenced without the filing of a complaint. Fed. R. Civ. P. 3. Further, a filing fee is generally required to initiate a civil action. 28 U.S.C. § 1914. To initiate a civil action without paying the filing fee, a litigant must apply to proceed in forma pauperis. Id. § 1915.

Based on the procedural deficiencies identified above and the lack of any action to litigate this matter since 2017, **IT IS ORDERED** that Plaintiff shall file by no later than May 28, 2019 a status report noticing the Court of whether Plaintiff intends litigate this matter.

**IT IS FURTHER ODERED** that, if Plaintiff decides to litigate this matter, Plaintiff shall also file by no later than May 28, 2019: (1) a complaint in accordance with the Federal Rules of Civil Procedure, *e.g.* Rule 3 and Rule 8, and (2) either the filing fee required to properly initiate the action or an application to proceed in forma pauperis if applicable.

**IT IS FURTHER ORDERED** that the failure to file the status report, the complaint, and the filing fee or the in forma pauperis application by May 28, 2019 shall result in this matter being dismissed without prejudice

DATED: May 14, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**